Richard L. GRAHAM, Claimant–Appellant,

v.

R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2007–7207.

United States Court of Appeals, Federal Circuit.

July 6, 2007.

ON MOTION

*ORDER*

Upon consideration of Richard L. Graham's unopposed motion to dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.